IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADIAS, INC., | No. C 05-04420 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TADIASPORA MEDIA, LLC et al, | |
| Defendants. | |

On November 15, the Court issued the first temporary restraining order against defendants on plaintiff's trademark infringement claims. On December 2, the Court converted the TRO into a preliminary injunction because defendant's failed to appear or notify the Court of a reason for their absence.

Now pending before the Court is plaintiff's Second Motion for a Temporary Restraining Order for violations of California Corporations Code section 600. Plaintiff's complaint does not include a claim for relief under this statute, nor does plaintiff's memorandum in support of its motion explain why the Court has jurisdiction over this claim. In open court on December 2, plaintiff represented that its second motion for a TRO is entirely separate from its first. Plaintiff is hereby ORDERED TO SHOW CAUSE why this court has jurisdiction over its second motion for a temporary restraining order. Plaintiff shall submit a response to the Court no later than December 6, 2005.

//

**IT IS SO ORDERED.**

Dated: December 5, 2005

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE