Melanie D. Popper (SBN: 236279)
THE LAW OFFICE OF MELANIE D. POPPER
2034 Blake St.
Suite 8
Berkeley, CA 94704
1-510-665-4195
1-510-665-4197(fax)
1-510-295-2507(efax)

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADIAS, INC., a California corporation, | Case No.: 05-04420 CRB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (Fed. Civ. R. Pro. §65(a)) |
| vs. | |
| TADIASPORA MEDIA, LLC, a limited liability corporation; LIBEN EABISA, an individual; TSEDAY ALEHEGN; an individual; and DOES 1 THROUGH 20 | Date:   December 2, 2005<br>Time:   10:00am<br>Place:  Courtroom 9, Dept. 19<br>Judge:  Honorable Judge Breyer |
| Defendant | |

    Plaintiff TADIAS, INC., having moved <u>ex parte</u> for a Temporary Restraining Order and Order to Show Cause As To A Preliminary Injunction Against Defendants heard at 10:00am on December 2, 2005 in Courtroom 8, 19th Floor at 450 Golden Gate Avenue before this Court, on the grounds that Defendants are infringing on Plaintiff's rights to its federally registered trademark TADIAS and otherwise unfairly competing with Plaintiff and the Court having reviewed the Verified Complaint, Motion for Temporary Restraining Order and Order To Show Cause, Memorandum of Points And Authorities in Support of Injunctive Relief, and the exhibits and declarations incorporated therein,

ORDER - 1

IT IS HEREBY ORDERED THAT:

1.  Defendants, their offices, directors, representatives, agents, servants, employees, and attorneys, and any and all persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, <u>are preliminarily enjoined throughout the course of the above-referenced litigation matter</u> from:

(a) ***using the mark and trademark "Tadyas," any variations of that mark, or any other trademark confusingly or deceptively similar to Plaintiff's trademark "Tadias"*** in the manufacture, production, advertising, promotion, offering for sale, display, distribution, and sale of the magazine.

(b) ***displaying all advertisements*** that have the mark or designation "Tadias" or "Tadyas" visible on any part the advertisement.

(c) ***witholding advertisement lists, subscriber lists, contributor lists***, catalogs, brochures, and other printed material in its possession or under its control that carry the mark or designation "Tadias".

2.  It is also ORDERED THAT Plaintiff shall post a bond, cash or certified check or attorney's check in the amount of $1,000 as security (already submitted as to the underlying Temporary Restraining Order granted in the above-referenced matter on November 15, 2005), as determined adequate for the payment of such damages as any person may be entitled to recover as a result of wrongful injunction hereunder.

3.  It is also ORDERED THAT Plaintiff shall serve a copy of this Order, on Defendants before ___ day of December, 2005.

DONE AND ORDERED in Chambers at San Francisco, California, this 2nd day of December, 2005.

Dated: __December 09, 2005__

By: _____

UNITED STATES DISTRICT JUDGE



ORDER - 2