```
Melanie D. Popper (SBN: 236279)
THE LAW OFFICE OF MELANIE D. POPPER
2034 Blake St.
Suite 8
Berkeley, CA 94704
1-510-665-4195
1-510-665-4197(fax)
1-510-295-2507(efax)
```

**FILED**

JAN - 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TADIAS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TADIASPORA MEDIA, LLC, a limited liability corporation; LIBEN EABISA, an individual; TSEDAY ALEHEGN; an individual; and DOES 1 THROUGH 20 <br><br> Defendant | Case No.: 05-04420 CRB <br><br> NOTICE OF DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

IT IS SO ORDERED

_(signature)_
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
Jan. 04, 2006
DATE

THE LAW OFFICE OF MELANIE D. POPPER

_(signature)_

Melanie D. Popper, Esq.

Attorney for Plaintiff TADIAS, INC.

VOLUNTARY DISMISSAL - 1

## PROOF OF SERVICE

I am a resident of the United States. My business address is 2034 Blake St., Suite 8, Berkeley, CA I am employed in the County of Alameda where this service occurs. I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

NOTICE OF DISMISSAL

on said date at my place of business, a true and correct copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the party as follows:

Liben Eabisa, Tseday Alehegn, Tadiaspora Media LLC
515 Edgecombe Ave.
No. 5
New York, NY 10032

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express mail at San Francisco, California.

[ ]   (BY FACSIMILE) I transmitted a true and correct copy by facsimile to the number indicated above.

[ ]   (BY PERSONAL SERVICE) I caused such envelopes to be delivered by hand this date to the offices of the addressee(s)

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

///

1  [] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2005 at Berkeley, California.

*/s/*

Melanie D. Popper

28 PROOF OF SERVICE