1  Melanie D. Popper (SBN: 236279)
   THE LAW OFFICE OF MELANIE D. POPPER
2  2034 Blake St.
   Suite 8
3  Berkeley, CA 94704
   1-510-665-4195
4  1-510-665-4197(fax)
   1-510-295-2507(efax)
5

6  Attorneys For Plaintiff

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  TADIAS, INC., a California        ) Case No.: 05-04420 CRB
    corporation,                      )
12                                    ) REQUEST FOR RELEASE AND RETURN OF
                                      ) BOND TO PLAINTIFF TADIAS, INC.
13          Plaintiff,                )
                                      )
14      vs.                           )
                                      )
15  TADIASPORA MEDIA, LLC, a limited  )
    liability corporation; LIBEN EABISA, )
16  an individual; TSEDAY ALEHEGN; an )
    individual; and DOES 1 THROUGH 20 )
17                                    )
                                      )
18          Defendant                 )
                                      )
19

20  Plaintiff TADIAS, INC. hereby requests release of the bond in the amount of

21  $1000.00 (See Exhibit A to Popper Decl.) which was submitted on November 16, 2005.

22  Plaintiff requests that the bond be released and returned to Plaintiff TADIAS,

23  INC., c/o Melanie D. Popper, 2034 Blake St., Suite 8, Berkeley, CA 94704.

24                              THE LAW OFFICE OF MELANIE D. POPPER

25

26                              Melanie D. Popper, Esq.

27                              Attorney for Plaintiff TADIAS, INC.

28

            REQUEST FOR RELEASE AND RETURN OF BOND - 1

1

## DECLARATION OF MELANIE D. POPPER

2 I, Melanie D. Popper, declare as follows:

3 1.    I, Melanie D. Popper, am attorney of record for Plaintiff Tadias, Inc. and

4 do make the following declaration based on personal knowledge, and could and would

5 testify to the facts contained herein.

6 2.    On November 16, 2005, a bond for $1000.00 was submitted to the Court by my

7 client, Tadias, Inc. for securing of a temporary restraining order, and which was

8 later converted, on December 9, 2005, into a preliminary injunction bond.

9 3.    I was instructed by new president Yohannes Mesfin, to dismiss the case with

10 prejudice on December 19, 2005.

11 4.    Judge Breyer signed an order dismissing the case involving Tadias, Inc. on

12 January 5, 2006.

13 5.    Attached as Exhibit A is a true and correct copy of the receipt for the

14 $1000.00 bond placed by Plaintiff Tadias, Inc.

15 6.    On January 9, 2006, president Yohannes Mesfin requested a release and

16 return of said bond to the corporation's San Jose office.

17 7.    I swear that the above is true and correct under penalty of perjury under

18 the laws of this state.

19

20 Dated: January 9, 2006

21

22

23 Signed: _____

24        Melanie D. Popper, Esq.

25

26

27

28

REQUEST FOR RELEASE AND RETURN OF BOND - 2

```
                RECEIPT FOR PAYMENT
           UNITED STATES DISTRICT COURT
                    for the

              NORTHERN DISTRICT OF
                   CALIFORNIA

                      SAN FRANCISCO, CA

                      3378495
------------------------------------
RECEIVED FROM:
TADIAS INC.
C/O MELANIE POPPER
2034 BLAKE STREET, SUITE 8
BERKELEY, CA 94704

------------------------------------

Case Number:
3:05CV04420-CRB
------------------------------------
F/U/B/O:

Party ID:

Tender Type:        CHECK
06-604700           $1,000.00

Registry Funds

Remarks:0312438198

------------------------------------
     Subtotal:      $1,000.00
------------------------------------

Receipt Total:      $1,000.00
====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

   Date:     11/16/05
   Clerk:
                AS
```

EXHIBIT A

1                                    P~~POSED~ ORDER

2   Good Cause Showing,

3   IT IS ORDERED,

4       1.    That the bond in the amount of $1,000.00 shall be released and returned

5             to "Tadias, Inc. c/o Melanie D. Popper, 2034 Blake St., Suite 8,

6             Berkeley, CA 94704."

7

8   Dated:         Jan. /7, 2006

9   Signed:

10            Federl District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    REQUEST FOR RELEASE AND RETURN OF BOND - 3

**PROOF OF SERVICE**

I am a resident of the United States.  My business address is 2034 Blake St., Suite 8, Berkeley, CA I am employed in the County of Alameda where this service occurs.  I am over the age of 18 years and not a party to the within action. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

**REQUEST FOR RELEASE AND RETURN OF BOND TO PLAINTIFF TADIAS, INC.**

on said date at my place of business, a true and correct copy thereof enclosed in a sealed envelope prepaid for first-class mail for collection and mailing that same day in the ordinary course of business, addressed to the party as follows:

**Liben Eabisa, Tseday Alehegn, Tadiaspora Media LLC**

**515 Edgecombe Ave.**

**No. 5**

**New York, NY 10032**

[X ]   **(BY MAIL)**  I caused such envelope(s) with postage thereon fully prepaid to be placed in the
       Federal Express mail at San Francisco, California.

[ ]    **(BY FACSIMILE)**  I transmitted a true and correct copy by facsimile to the number indicated
       above.

[ ]    **(BY PERSONAL SERVICE)**  I caused such envelopes to be delivered by hand this date to the
       offices of the addressee(s)

[]     **(BY OVERNIGHT DELIVERY)**  I caused such envelope(s) to be delivered to an overnight
       delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be
       served.

[X]    **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the
       foregoing is true and correct.

///

1

**(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at

2

whose direction the service was made.

3

4

Executed on January 9, 2006 at Berkeley, California.

5

6

Melanie D. Popper

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE